# CRIMINAL MINUTE ENTRY

DOCKET NUMBER: 04 CR 1031

Date Received By Docket Clerk: **MAY 27 2008**         Docket Clerk Initials: _HZ_

BEFORE JUDGE: Trager         DATE: 2/27/2008         TIME: _____

CRIMINAL CAUSE FOR Sentencing         TIME IN COURT 00 HRS 30 MINS

DEFENDANT'S NAME: Michael Jones         DEFENDANTS # _____

[X] Present   [ ] Not Present   [ ] Custody   [ ] Not Custody

DEFENSE COUNSEL: Curtis Jordan Farber

[X] Present   [ ] Not Present   [ ] Federal Defender   [X] CJA   [ ] Retained

DEFENDANT'S NAME: _____         DEFENDANTS # _____

[ ] Present   [ ] Not Present   [ ] Custody   [ ] Not Custody

DEFENSE COUNSEL: _____

[ ] Present   [ ] Not Present   [ ] Federal Defender   [ ] CJA   [ ] Retained

DEFENDANT'S NAME: _____         DEFENDANTS # _____

[ ] Present   [ ] Not Present   [ ] Custody   [ ] Not Custody

DEFENSE COUNSEL: _____

[ ] Present   [ ] Not Present   [ ] Federal Defender   [ ] CJA   [ ] Retained

A.U.S.A.: Sean Haran         PRETRIAL/PROBATION OFFICER _____

CASE MANAGER OR MAGISTRATE CLERICAL Jane Meyers

COURT REPORTER: OR ESR OPERATOR _____         TAPE LOG _____

INTERPRETER: _____         LANGUAGE: _____

### Select the Type of Hearing or Trial         CONTESTED [X]YES   [ ]NO

- [ ] Allocution Hearing
- [ ] Arraignment
- [ ] Attorney Appointment Hearing
- [ ] Bench Trial
- [ ] Bond Forfeiture Hearing
- [ ] Bond Hearing
- [ ] Bond Rrevocation Hearing
- [ ] Change of Plea Hearing
- [ ] Competency Hearing
- [ ] Curcio Hearing
- [ ] Daubert Hearing
- [ ] Detention Hearing
- [ ] Detention Hearing Material Witness
- [ ] Discovery Hearing
- [ ] Dispositional Hearing (Juvenile)
- [ ] Docket Call
- [ ] Evidentiary Hearing
- [ ] Extradition Hearing
- [ ] Fatico Hearing
- [ ] Forfeiture Hearing
- [ ] Detention Hearing
- [ ] Hearing Out-Of-Jury Presence

- [ ] In Camera Hearing
- [ ] In Chambers Conference
- [ ] Initial Appearance
- [ ] Initial Appearance-Material Witness
- [ ] Initial Appearance-Revocation Proceedings
- [ ] Initial Appearance-Rule 5(c)(3)
- [ ] Forfeiture Hearing
- [ ] Franks Hearing
- [ ] James Hearing
- [ ] Jury Selection
- [ ] Jury Trial
- [ ] Jury Trial-Death Penalty Phase
- [ ] Jury Trial-Sentence Enhancement Phase
- [ ] Markman Hearing
- [ ] Material Witness Hearing
- [ ] Motion Hearing
- [ ] Motion Hearing-Material Witness
- [ ] Motions No longer Referred
- [ ] Motions Referred Upon Consent to Magistrate Judge Disposition
- [ ] Nebbia Hearing
- [ ] Omnibus Hearing
- [ ] Plea Agreement Hearing

- [ ] Plea and Sentence
- [ ] Preliminary Examination
- [ ] Preliminary Revocation Hearing
- [ ] Pretrial Conference
- [ ] Pro Se(Faretta) Hearing
- [ ] Psychiatric Report Hearing
- [ ] Remand Hearing
- [ ] Revocation of Probation - Final Hearing
- [ ] Revocation of Supervised Release-Final Hearing
- [ ] Rule 44(c) Hearing
- [ ] Scheduling Conference
- [X] Sentencing
- [ ] Show Cause Hearing
- [ ] Status Conference
- [ ] Suppression Hearing
- [ ] Telephone Conference
- [ ] Voir Dire
- [ ] Other (please specify)

### Select the action.

[ ] Began   [ ] Held   [ ] Continued   [X] Completed   [ ] Scheduled for

Date: _____   Time _____   FOR _____

**SHOULD THIS CALENDAR BE SEALED**  **Type of Hearing**
[ ] YES   [X] NO

**UTILITIES**

[ ]~Util-Add Terminate Attorneys
[ ]~Util-Bond-Set/Reset
[ ]~Util-Case Sealed
[ ]~Util-Case Unsealed
[ ]~Util-Counts To Be Tried Separately
[ ]~Util-Defendant Severed From Co-Defendants
[ ]~Util-Document Sealed
[ ]~Util-Document Unsealed
[ ]~Util-Exparte Matter
[ ]~Util-Indictment Unsealed
[ ]~Util-Information Unsealed
[ ]~Util-Interpreter Appointed
[ ]~Util-Plea Entered
[ ]~Util-Set/Reset Deadlines
[ ]~Util-Set/Reset Deadlines/Hearings
[ ]~Util-Set/Reset Hearings
[ ]~Util-Set/Reset Motion & R&R Deadlines/Headlines
[ ]~Util-Terminate Motions
[ ]~Util-Terminate Partiest

**Period of Excludable Delay/ Speedy Trial Start:** _____
**Period of Excludable Delay/ Speedy Trial Stop:** _____

**CODE TYPE:** Please Circle

XA- Competency/Capacity Exam
XF- Transfer Proceedings
XJ- Transportation from Other District
XP- Superseding Indictment/charges
XW- Grand Jury Indictment Tim extension

XC- Trial on Other Charges
XG- Motion under Advisement
XK- Proposed Plea Agreement
XR- Awaiting Trial of Co-Defendant

XD- Interlocutory Appeal
XH- Miscellaneous Proceedings
XM- Unavailable Witness/Defendant
XT- Interest of Justice

XE- Pretrial Motions
XI- Prosecution deferred
XN- Incompetency
XU- Withdrawal of Guilty Plea

**DOCKET CLERK SHALL ENTER UTILITY EVENT** *SPEEDY TRIAL EXCLUDABLE DELAY- START & SPEEDY TRIAL EXCLUDABLE DELAY-STOP*

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES   [X] NO
MOTION[S] TYPE and DOCUMENT NUMBER OF MOTION RULED ON:


**TYPES OF DECISIONS**

[ ]Adopting Report & Recommendation as to
[ ]Adopting in Part on Report & Recommendation as to
[ ]Deferring Ruling on
[ ]Denying
[ ]Dismissing
[ ]Entered
[ ]Finding as Moot

[ ]Granting
[ ]Granting In Part and Denying In Part
[ ]Rescinding
[ ]Settling
[ ]Striking
[ ]Submitted
[ ]Sustaining

[ ]Taking Under Advisement
[ ]Temporarily Denying
[ ]Temporarily Granting
[ ]Temporarily Granting In Part and Denying In Part
[ ]Terminating
[ ]Vacating
[ ]Withdrawing

**TEXT: 60 Months**