TO: Hon. David G. Trager

C.D.# CR-04-1031

My name is Michael J. Jones #71412-053, I am currently At M.D.C. Brooklyn. I am asking, know I am begging for your Help! I have 70 people in my Case and am Always being housed in Special Housing Unit, for know Reason, Staff yells out my name "THE RAT" has mail, I am Constantly being Harrased by Staff.

There is A Officer here who has Told me, "I Do not know who you Told On, But if you Even look at Staff the wrong way You will go To the Box" Also I Just Had A Baby Boy And My Girlfriend brings to See me, I am Scared for There Saftey as well as my Own. Even my legal mail has been Opened And I don't get it till days later.

Your Honor, I have Also been Shot 17 times in 1998 And Still Cannot get to See the Doctor for Pain Medications. I wish to be moved to M.C.C for my own Safty. Please, Anything You Can Do To Help me.

Sincerly,
Michael J. Jones

FILED
CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
FEB 09 2005
★ BROOKLYN OFFICE ★

Sean Haran
Ass. U.S. Attorney

Curtis J. Farber Esq.
212-334-4466