Tel:(212)995-2074     **EMILY R. DANIEL**   edaniel123@yahoo.com
                        **Attorney at Law**
              69 West 9th Street, Suite 6J
                    New York, N.Y. 10011

                                            October 13, 2015

**(Via ECF)**
Honorable Sandra L. Townes
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

        Re: USA v. Michael Jones, 04 Cr. 1031 (S-2)(SLT)

Dear Judge Townes:

    I am the CJA attorney assigned to represent the defendant Michael Jones in the above-referenced case.  Please accept this letter as a request for an adjournment until January 2016 of Mr. Jones' sentencing which is presently scheduled for Friday October 16, 2015 at 11:00 a.m. I note that AUSA Rena Paul has consented to this adjournment (my attempts to contact Probation Officer Tanya M. Parris have been unsuccessful).

    Mr. Jones requests this adjournment so that he may remain at Metropolitan Detention Center for most, if not all, of the sentence he will receive for his Violation of Supervised Release.  Mr. Jones recently received the results of his GED examination and despite passing three portions of the exam, he failed the math portion by a few points.  Mr. Jones wishes to take the exam again and is on the MDC list to do so several months from now.  Were Mr. Jones to be sentenced now and transferred to another institution, he would lose this opportunity.  Mr. Jones is also involved in several other programs at MDC which he wishes not to lose.

    Thus, Mr. Jones requests that his sentencing for the Violation of Supervised Release be postponed until January 2016.

     I thank the Court for its time and consideration.

                                        Respectfully submitted,


                                        Emily R. Daniel, Esq.

cc: AUSA Rena Paul